1 Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| *mahoney, rory kay, trustee for* <br> *\*\*-\*\*\*9858 Estate* <br> ———————————————— <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> *$200,000,000.00 in indemnification for* <br> *Home Depot U.S.A.,INC* <br> ———————————————— <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> United States District Court <br> Southern District of Texas <br> FILED <br> NOV 1 2016 <br> David J. Bradley, Clerk of Court |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**
   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Names | *mahoney, rory kay, trustee for \*\*-\*\*\*9858 Estate* |
   | Street Address | *the freehold commonly known as 7003 Mercury Drive* |
   | City and County | *Lakeside, Navajo* |
   | State and Zip Code | *Arizona, 85929* |
   | Telephone Number | |
   | E-mail Address | *brotherjohn@unseen.is* |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | *$200,000,000.00 in indemnification for Home Depot U.S.A.,INC* |
   | Job or Title *(if known)* | |
   | Street Address | |
   | City and County | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address *(if known)*    _____

Defendant No. 2
        Name    _____
        Job or Title *(if known)*    _____
        Street Address    _____
        City and County    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address *(if known)*    _____

Defendant No. 3
        Name    _____
        Job or Title *(if known)*    _____
        Street Address    _____
        City and County    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address *(if known)*    _____

Defendant No. 4
        Name    _____
        Job or Title *(if known)*    _____
        Street Address    _____
        City and County    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address *(if known)*    _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
    ☐ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.




**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _mahoney, rory kay_, is a trustee to the foreign nation *(name)* _\*\*-\*\*\*9858 Estate_.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

1 Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*Two violations by Home Depot U.S.A,INC of fifteen united states code section one (15 U.S.C. § 1) amounting to two hundred million ($200,000,000,00) in damages.*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*My ability to trade was restrained by Home Depot U.S.A.,INC because I received ONLY federal reserve notes and federal reserve note denominated mediums ("frn's and frn denominated mediums") rather than valuable consideration for my labor (violation one of 15 U.S.C. § 1) and Home Depot U.S.A.,INC will ONLY accept frn's and frn denominated mediums as consideration for any property (violation two of 15 U.S.C. § 1).*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Compel performance of the legal and moral duty that the indemnification depositary for Home Depot U.S.A., INC has to pay two hundred million ($200,000,000.00) in federal reserve notes, federal reserve note denominated mediums of exchange or in the current functional currency forthwith.*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/26/2016

¹Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Signature of Plaintiff   *By: mahoney, rory kay, trustee*
Printed Name of Plaintiff   *mahoney, rory kay, trustee for **-**9858 Estate*

**B.**   **For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

# *Affidavit*

*I, mahoney, rory kay, being of sound mind and having firsthand knowledge of the following facts hereby admit that the following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of \*\*-\*\*\*9858 Estate ("the estate").*

*I am merely born upon the earth in perpetuity, as an infinite miraculous spirit, manifesting a sacred physical body and a wondrous physical incarnation. As a free, peaceful, competent and law abiding man-son having dominion and ancestry having like status.*

*I have made a claim out of necessity in perpetuity on the indemnification for Home Depot U.S.A.,INC ("Home Depot") in the amount of two hundred million ($200,000,000) in federal reserve notes and federal reserve note denominated mediums of exchange ("frn's and frn mediums") or the current functional currency as per two violations of fifteen united states code section one (15 U.S.C. § 1).*

*I am an official to the estate, which is a foreign private estate (foreign nation).*

*I was hired by Home Depot March eighteenth, two thousand sixteen (3-18-2016) and labored for Home Depot until October thirteenth, two thousand sixteen (10-13-2016) merely out of necessity.*

*I act the way "everyday people" do merely out of necessity and/or under duress for example: use of federal courts, use of U.S. Mail, use of a drivers license, use of social security number/card, use of state identification card and acceptance of ("frn's and frn mediums"), use of financial institutions as well as use of the pseudonym RORY KAY MAHONEY, RORY K. MAHONEY, Rory Kay Mahoney etc.*

*I have a lawful right to receive and tender valuable consideration (gold and silver) with just weights and measures, as consideration for my labor, debts or otherwise.*

*Home Depot ONLY gave me frn's and frn denominated mediums as consideration for my labor (violation one).*

*frn's and frn mediums are NOT valuable consideration as frn's and frn mediums are NON redeemable and have NO intrinsic value absent redemption.*

*Unlike U.S. Persons/U.S. Citizens which I am NEITHER, I do NOT have a legal duty to merely tender NOR merely accept legal tender, which includes but is not limited to, frn's and frn mediums including but not limited to what is commonly known as a paycheck.*

*Home Depot NEVER fully disclosed to me in the employment contracts that they NEVER intended to give me valuable consideration in exchange for my labor.*

*Home Depot is in breach of the employment contract because there was NEVER any full disclosure that they NEVER intended to give me valuable consideration for my labor.*

**Affidavit page one of three consecutive pages**

*I tried to tender silver as consideration for property at a Home Depot self checkout and Home Depot would ONLY accepted frn's and frn mediums as consideration for property and would NOT accept my silver as consideration for said property with just weights and measures (violation two).*

*My ability to trade was restrained by Home Depot because I received ONLY frn's and frn denominated mediums rather than valuable consideration for my labor (violation one) and Home Depot will ONLY accept frn's and frn denominated mediums as consideration for any property (violation two).*

*Home Depot was given sufficient prior notice of their lack of consideration in their employment relationship with me via my resignation letter executed by me on the thirteenth day of october, two thousand sixteen (10/13/2016) that was hand delivered to the Home Depot store I labored at and a carbon copy then mailed via U.S. mail to Home Depot corporate headquarters on the same day (10/13/2016) (see letter of resignation page one paragraph two).*

*the estate is a foreign private (keyword private) estate therefore this affidavit will stand in place of me and the estate in the federal court therefore NO court appearances will be necessary.*

*Failure of Home Depot and ANY indemnification depositaries for Home Depot ("Indemnification Depositaries") to respond to this affidavit via a complete point for point rebuttal in affidavit form fully supported by first hand testimony and evidence submitted under penalties including but NOT limited to perjury, under the laws of the estate, within fourteen (14) days from the day that service of the accompanying complaint and court summons is affected will constitute a default judgment in the estate court and a default judgment in the federal court subjecting Indemnification Depositaries to a legal and moral duty to pay two hundred million ($200,000,000) in frn's or frn denominated mediums or the current functional currency to me (mahoney, rory kay) forthwith.*

*The ONLY way that this affidavit, accompanying complaint and federal court summons can be overturned, abridged, nullified, abrogated, disregarded, dismissed etc. is via a complete point for point rebuttal in affidavit form, fully supported by first hand testimony and evidence submitted under penalties including but NOT limited to perjury under the laws of the estate.*

***Caveat:** Any interpretation of the numbers, words, terms, phrases and symbols and any interpretation of the who, what, when, where and why regarding this affidavit that is NOT specifically sanctioned in writing by the executor to the estate is prohibited. Merely make contact via brotherjohn@unseen.is for the correct interpretation of the who, what, when, where and why and the correct definitions of the numbers, words, terms, phrases and symbols contained herein this affidavit.*

***Affidavit page two of three consecutive pages***

*lawful autograph;*
*mahoney, rory kay, affiant and lawful autograph witness*

*[signature: mahoney, rory kay]*

*lawful autograph;*
*mahoney, katherine marie, witness to rory kay being born*
*(point one) and lawful autograph witness*

*[signature: mahoney, katherine marie]*

*lawful autograph;*
*mahoney, john maliawco, witness to rory kay being born*
*(point one) and lawful autograph witness*

*[signature: mahoney, john maliawco]*

*Affidavit page three of three consecutive pages*
*Nothing appears hereafter.*
*So mote it be.*

October 13, 2016

The Home Depot
5601 S. White Mountain Rd.
Show Low, Arizona 85901
Attn:  Store Manager – Preston
       Lumber Dept. Supervisor – Kelly
       Dir. Of Human Resources – Amanda
       Front End Supervisor – Nicole

Re:    Letter of Resignation of store associate (Rory Mahoney)

To whom it may concern:

Please accept this letter as an official notification of my intent to resign my position as lot/loader associate and building materials/lumber associate effective immediately. My decision is based upon personal considerations over the length of my employment.

Throughout my length of my employment I have witnessed many situations where management has shown a lack of consideration an appreciation towards the valuable work ethic of this stores employees.

For example:    The Loading Zone.

Management knows how short staffed the loading zone is and yet, they repeatedly make excuses for not providing the adequate staffing that is necessary to serve the customer efficiently as well as the employees that are expected to perform their job safely and efficiently.

                The Lumber and Building Materials Department

The Lumber and Building Materials department is another example of the lack of associates on staff to efficiently serve the customers needs.  The telephone is constantly ringing off the hook.  The tasks that are expected of the associates are unachieveable due to the lack of associates available to help.  For instance it requires a forklift driver and spotter to clear the aisles and spot to efficiently and safely acquire merchandise for customers.  That right there alone requires 2 associates unavailable to serve the customers and answer the phone.  Most of the tasks require 2 associates, for example picture having to pick up a 12inch by 16 foot long pieces of  lumber. There is also 4 foot x eight feet plywood or 4 foot by 12 foot pieces of drywall.

                            page 1 of 3

The department is never adequately staffed during the day and night because shifts overlap people go to lunch for anywhere from 30minutes to an hour.
There might be 3 people there for only 2-4hours at a time which ends up eventually 1 person is leaving and then there are only 2 associates left for another 2 hours and then eventually it ends up with 1 associate left to close and do the above tasks and more.

Yesterday my supervisor, Kelly and myself had a customer demand that we go get a forklift, block off the aisles, drop a bunk of siding that was in the overhead to the ground and put 10 sheets on a cart for he and his wife within 5minutes or he was going to go across the street to Lowes. While we had customers asking us to cut wood for them and having the phone go off while this is all taking place.

This is just 1 of countless situations that go on, on a daily basis in the lumber and building dept. Now, imagine the phones going off and customers standing around waiting to ask questions while 2 associates are trying to accomplish the above.
Now, imagine doing all that with just 1 associate. (This is a joke)

Not only is there a lack of consideration, appreciation, concerns for customer service and store associates, last night (10-12-16) I encountered from an ASM a serious case of harrassment.

ASM Justin transferred a phone call to me that came in on line #101 which was later verified by associate Tim in loading, that this line was ASM Paul's line for the night.

I picked up the call and Justin said, Rory I have a call for you which was transferred from Justin's line to me which read that it was line #101.

I answered the call Building and Lumber this is Rory. Who am I speaking with?

He started screaming, " WHAT THE FUCK DOES IT MATTER WHO YOU ARE SPEAKING TO."

I then replied, "I want to know if I am speaking with an associate or a customer?"

He did not respond to my question.

He then said, "is this the lumber department?"

I responded, "yes this is the lumber department and you are speaking with Rory, do you have a question for me?"

I then apologized and said, "I was helping a few customers."

I then asked him again if he had a question and who I was speaking with.

He hung up the phone.

Throughout the entire conversation he was hostile and screaming.

Tim in loading verified that ASM Paul was on line #101. (Which verified that I knew it was Paul's voice)

Later after the call I saw ASM Paul in the insulation aisle. I walked up to him and asked, "what did he want me to do with all the pallets of building materials and cement board siding that was left outside in the back of the store?"

He ignored me and then said," why does the insulation aisle look so bad?"

I expressed, I have been busy dealing with customers.

He then raised his voice and said, " THE AISLE LOOKS LIKE SHIT!"

He then picked up a bag of insulation and literally threw it into the home.
(like a child having a tantrum)

Then the phone rang and proceeded with customer service.

This man's conduct was the last straw. I no longer am going to subject myself to this madness. This man has NO business working for this corporation. He has an infantile personality and lacks the professionalism that is expected from every associate in this corporation.

This letter of resignation is submitted on this 13th day of October in the year 2016.

Sincerely,

Rory Mahoney  *Rory Mahoney*

cc: Home Depot Corporate Office